2017 ND 151

**Brian BROWN, Plaintiff and Appellant**

v.

**WORKFORCE SAFETY AND INSURANCE, Defendant and Appellee**

**No. 20170083**

Supreme Court of North Dakota.

Filed 6/29/2017

Stephen D. Little, Bismarck, N.D., for plaintiff and appellant.

Mitchell D. Armstrong (argued) and Sarah E. Kuntz (on brief), Special Assistant Attorneys General, Bismarck, N.D., for defendant and appellee.

Per Curiam.

[¶ 1] Brian Brown appeals from a judgment affirming a decision of Workforce Safety and Insurance ("WSI") to terminate his disability and vocational rehabilitation benefits and require that he repay WSI $2,558.57 in benefits. We conclude the Administrative Law Judge ("ALJ") made no reversible error of law in interpreting the terms of the contractual rehabilitation stipulation between Brown and WSI, and the ALJ's finding that Brown was in noncompliance with the stipulation is supported by a preponderance of the evidence. We summarily affirm the judgment under N.D.R.App.P. 35.1(a)(5).

[¶ 2] Gerald W. VandeWalle, C.J.

Jerod E. Tufte

Daniel J. Crothers